UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY,<br><br>   Plaintiff,<br><br>  v.<br><br>LIVONGO HEALTH, INC, GLEN TULLMAN, ZANE BURKE, CHRIS BISCHOFF, KAREN L. DANIEL, SANDRA FENWICK, PHILIP D. GREEN, and HEMANT TANEJA,<br><br>   Defendants. | Case No.: 20-cv-7706 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 13, 2020

                 **MOORE KUEHN, PLLC**

                 */s/Justin Kuehn*
                 Justin A. Kuehn
                 Fletcher W. Moore
                 30 Wall Street, 8th floor
                 New York, New York 10005
                 Tel: (212) 709-8245
                 jkuehn@moorekuehn.com
                 fmoore@moorekuehn.com

                 *Attorneys for Plaintiff*